[No. 1370-41910-1.   Division One—Panel 1.   July 31, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD M. HUDDLESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, Thomas G. McCrea, J., entered February 25, 1971. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz, C.J., and Williams, J.

[No. 1303-1.   Division One—Panel 1.   September 11, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEE BERENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57011, Howard J. Thompson, J., entered October 21, 1971. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz, C.J., and Williams, J.

[No. 151-2.   Division Two.   September 18, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE BURCHETT, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 4823-C, Ross R. Rakow, J., entered October 9, 1969. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 597-2.   Division Two.   September 22, 1972.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES CHESTER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 55858, Ross R. Rakow, J., entered July 29, 1971. *Reversed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Armstrong, J.